AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Ra'kym Williams

JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　CASE NUMBER: CV415-45

Bryan County Jail

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated June 24, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.

| June 24, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03